

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00318-CV

**IN THE INTEREST OF C.K.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01216
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED September 10, 2014.

_____
Catherine Stone, Chief Justice